IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00064-JLK

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  DORIS MARIE ABEYTA,

 Defendant.

---

ORDER PERMITTING DISCLOSURE OF MATTERS
OCCURRING BEFORE GRAND JURY

---

 THE COURT having considered the Government's Motion to Disclose Matters Occurring Before Grand Jury, hereby ORDERS as follows:

 The government may disclose in the Plea Agreement and Statement of Facts Relevant to Sentencing those matters occurring before a grand jury in this district that are necessary to provide a factual basis for an adjustment under United States Sentencing Guidelines Section 3C1.1.

 Dated at Denver, Colorado, this 5th day of February, 2010.

        BY THE COURT:

        *s/John L. Kane*
        John L. Kane, Senior Judge
        United States District Court