# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Janet Coppock<br>Probation Officer: Caryl Ricca | Date: April 29, 2010 |

Criminal Action No.: 10-cr-00064-JLK

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Thomas O'Rourke |
|     Plaintiff, | |
| v. | |
| DORIS MARIE ABEYTA, | S. Shazam Kianpour |
|     Defendant. | |

## SENTENCING MINUTES

**10:59 a.m.**  Court in session.

Court calls case. Appearances of counsel. Defendant present on bond.

**Change of Plea Hearing:  February 17, 2010.**

**Defendant plead guilty to Counts One and Two Information.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:  Defendant Doris M. Abeyta's Motion For A Variant Sentence (Filed 4/16/10; Doc. No. 14) is DENIED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT**:

Defendant is sentenced as to Counts One and Two to a term of imprisonment of **37 months** to be served concurrently with each other.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years** on each of Counts One and Two both terms to run concurrently with each other.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) The judgment in this case imposes a restitution obligation and it shall be a condition of supervised release that the defendant pay restitution in accordance with the schedule of payments set forth in the judgment.

**Special conditions of supervised release:**

- (X) Defendant shall perform **200 hours** of community service as approved by the probation officer.
- (X) Defendant shall not be employed in any fiduciary position.
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.
- (X) Defendant shall make restitution payments to the victims in the amounts indicated in the Pre-sentence Report.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
Defendant shall pay restitution Jointly and Severally with defendant, Patricia Martinez, in Criminal Case No.: 09-cr-00460-PAB, in the amount of $45,700.65.

Defendant shall pay restitution, solely, to Bank of America in the amount of $369,231.50.

Total amount to be paid by defendant is **$416,932.15** in restitution.

Restitution obligations are due immediately. Any unpaid restitution balance, upon release from incarceration, shall be paid in monthly instalments during the term of supervised release. The monthly instalment payment will be calculated as at least 10% of the Defendant's gross monthly wages.

The Defendant shall apply any monies received from income tax refunds, lottery winnings, inheritance, judgments and any unanticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

Interest is waived.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** Court finds the defendant is not likely to flee or pose a danger to the safety of any other person or the community.

**ORDERED:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon on May 28, 2010.

**The Court recommends that incarceration and initial place of surrender at the Federal Detention Facility in Arizona.**

**11:30 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 31 minutes.