IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-64-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**DORIS MARIE ABEYTA,**

        Defendant.

---

# ORDER

---

Kane, J.

    This matter is before the Court on Defendant Doris Marie Abeyta's Motion for a Reduction or Modification of Sentence Rule 35(b) (doc. #22), filed August 12, 2010. I have reviewed the motion and the response. The motion is **DENIED** because it is based on Rule 35(b) of the rules of criminal procedure and such a motion may be initiated only by the government based on a defendant's "substantial assistance in investigating or prosecuting another person". Fed. R. Crim. Pro. 35(b)(1). "[T]he plain language of the rule makes clear that only the government can bring a Rule 35(b) 'substantial assistance' motion." *United States v. Monus*, 356 F.3d 715, 718 n. 4 (6th Cir. 2004).

    Dated this 17th day of August, 2010.

                    BY THE COURT:

                    ___*s/John L. Kane*_____
                    John L. Kane, Senior Judge
                    United States District Court