UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK

**MEMORANDUM**

Date:       June 7, 2018
To:         Judge John L. Kane
Subject:    1:10-cr-00064-JLK-1 USA v. Abeyta

Doris Marie Abeyta was ordered to pay restitution to Bank of America HUD Collection in the amount of $416,932.15 per the attached judgment. The victim is still owed $285,095.63. Bank of America was listed as the payee because it was processing the payments for HUD. HUD has changed banks to US Bank and is requesting future restitution checks be made payable to Department of Housing and Urban Development. Documentation to support the requested change is as follows:

- Petition to Replace Name of Restitution Payee
- Change of Address Notification
- Statement of Required Services
- Judgment
- Case Inquiry Report

With your approval, restitution will be disbursed to:

Department of Housing and Urban Development
P.O. Box 6200-05
Portland, OR 97228-6200

---

ORDER REGARDING CHANGE OF
VICTIM'S RESTITUTION PAYMENT

☒ GRANTED          ☐ DENIED

Dated June 7, 2018, at Denver, Colorado.

By The Court:

*John L. Kane*
John L. Kane
Senior U.S. District Judge